```
                                                    FILED
                                                  JUN 12 2008
                                            CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA
                                          BY  EF              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1963-H |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| FERNANDO RAFAEL CHAGOYAN-RAMIREZ, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about May 15, 2008, within the Southern District of California, defendant FERNANDO RAFAEL CHAGOYAN-RAMIREZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 84.28 kilograms (185.41 pounds) of Marijuana (gross weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>June 12, 2008</u>.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
6/12/08