KAREN P. HEWITT
United States Attorney
GREGORY F. NOONAN
Assistant U.S. Attorney
California State Bar No. *Pending*
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-5790   (Telephone)/619 557-5551 (Fax)
Email: gregory.noonan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FERNANDO RAFAEL CHAGOYAN-RAMIREZ,<br><br>　　　　　　　Defendant. | Criminal Case No.   08CR1963-H<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　　　I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

　　　　I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

　　　　The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

　　　　1.　　None.

//

//

//

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 | 1.  None.

5 | Please feel free to call me if you have any questions about this notice.

6 | DATED: July 2, 2008.

KAREN P. HEWITT
United States Attorney

s/Gregory F. Noonan
GREGORY F. NOONAN
Assistant U.S. Attorney

27 | Notice of Appearance                                                                08CR1963-H
United States v. Fernando Rafael Chagoyan-Ramirez

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                          Plaintiff,    )<br>                                                            )<br>          v.                                           )<br>                                                            )<br>FERNANDO RAFAEL CHAGOYAN-  )<br>RAMIREZ,                                         )<br>                          Defendant.  )<br>_____ ) | Criminal Case No.   08CR1963-H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, Gregory F. Noonan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated July 2, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   1.   Ricardo Gonzalez, Attorney for Defendant Fernando Rafael Chagoyan-Ramirez.

   I declare under penalty of perjury that the foregoing is true and correct.

   EXECUTED on July 2, 2008.

                                                                                                s/Gregory F. Noonan
                                                                                                GREGORY F. NOONAN
                                                                                                Assistant U.S. Attorney

Notice of Appearance                                                                                                08CR1963-H
United States v. Fernando Rafael Chagoyan-Ramirez