KAREN P. HEWITT
United States Attorney
DOMINIC E. KARDUM
Assistant U.S. Attorney
California State Bar No. 229420
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
Email: dominic.kardum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08-CR-1963-H |
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| v. | ) ) | |
| FERNANDO RAFAEL CHAGOYAN-RAMIREZ | ) ) ) | |
| Defendant. | ) ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

    1.    None.

//

//

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4  1.  Gregory F. Noonan.

5  Please feel free to call me if you have any questions about this notice.

6  DATED: August 27, 2008.

KAREN P. HEWITT
United States Attorney

s/Dominic E. Kardum
DOMINIC E. KARDUM
Assistant U.S. Attorney

Notice of Appearance                                                                          08-CR-1963-H
United States v. Fernando Rafael Chagoyan-Ramirez

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FERNANDO RAFAEL CHAGOYAN-RAMIREZ<br><br>                    Defendant. | Criminal Case No.   08-CR-1963-H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated August 27, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Ricardo Gonzalez
   101 West Broadway, Suite 1950
   San Diego, CA 92101-6036

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 27, 2008.

                                                                    s/Dominic E. Kardum
                                                                    DOMINIC E. KARDUM
                                                                    Assistant U.S. Attorney

Notice of Appearance                                                                                    08-CR-1963-H
United States v. Fernando Rafael Chagoyan-Ramirez